No. 3909.—BLANCO FRESNO Y Co., apda., *v.* SUCESIÓN DE FÉLIX GONZÁLEZ, aplte.—C. D. Arecibo. Cobro de dinero.

Enero 25, 1927. Apareciendo que hallándose pendiente esta apelación sin gestión alguna desde abril último, se señaló el 24 de enero corriente para oir a las partes sobre el particular, sin que ninguna compareciera, *se desestimó,* por abandono, el recurso.